**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **ADMIRAL INSURANCE COMPANY,** <br><br> **Plaintiff and Counterclaim Defendant** <br> **vs.** <br><br> **VERVE DESIGN STUDIO, INC.** <br><br> **Defendant and Counterclaim Plaintiff** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Case No.: 4:26-cv-00334** <br> **Hon. John A. Ross** |

**ENTRY OF APPEARANCE**

Martha A. Halvordson of RASMUSSEN DICKEY DIOSZEGHY HENRY IJEI, LLC, and hereby enters her appearance as counsel of record for Plaintiff Admiral Insurance Company, in the above-referenced matter.

Respectfully submitted,

*/s/ Martha Halvordson*
Martha A. Halvordson, Mo. Bar # 33545
Rasmussen Dickey Dioszeghy Henry Ijei, L.L.C.
1001 East 101st Terrace, Suite 300
Kansas City, Missouri 64131
Email: mhalvordson@rddhi.law
Telephone: (816) 960-1611
Facsimile: (816) 360-1669
*Attorneys for Plaintiff Admiral Insurance*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of June, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system which generated electronic notice of same to all counsel of record.

*/s/ Martha Halvordson*
Attorney for Defendant